

# Efe Ercelik



**Status:** Student
**University:** Columbia
**Organizations:** N/A
**Related Profiles:**
**Last Modified:** 04/08/2025

We identify Efe Ercelik as one here on a visa and we have submitted his name for deportation. There's so many of these bastards nationwide he's an egregious one in Massachusetts, a rotten state.

 Betar Worldwide (@Betar_USA)
x.com

**Betar Worldwide** ✓
@Betar_USA

We told you we have been working on deportations and will continue to do so. Expect naturalized citizens to start being picked up within the month. You heard it here first. Those who support jihad and intifada and originate in terrorist states will be sent back to those lands

POLITICS

# Zionist org preps list of foreign pro-Hamas students, hoping Trump will deport them

By Jon Levine

Published Nov. 23, 2024, 8:22 a.m. ET

278





(/) About ⌄    Ideology    Oath    Join

In the News    Careers    Donate

Help BUILD BETAR
$25,687 raised - 162
(https://www.gofundm
fund/donate?source=b

# Our Mission

Betar USA is driven by the vision of our founder, Ze"ev Jabotinsky, to empower Jews to stand strong, speak out, and defend their heritage and Israel against all threats. Guided by the motto "Jews Fight Back," we are a movement dedicated to fostering pride, resilience, and leadership in the Jewish community.

Join us and be part of a century-old legacy that continues to change the Jewish world. Betar isn"t just an organization—it"s a movement for those ready to lead, defend, and transform the future of the Jewish people and to ignite a spirit of active resistance against antisemitism and anti-Israel sentiments through education, advocacy, and unapologetic action.

Our mission is clear: to create a new generation of Jewish leaders who are unapologetic, proud, and prepared to defend the Jewish community on every front—on campuses, in communities, in the media, and beyond. Through education, activism, and community-building, Betar strengthens Jewish identity and ignites the passion for a united, empowered Jewish future.





## Core Values:

- **Strength and Empowerment:** Instilling pride and confidence in Jewish identity and Zionist values.
- **Unity and Support:** Building a unified community equipped to confront antisemitism and defend Israel.
- **Education and Leadership:** Cultivating informed leaders who champion the truth about Jewish heritage and the State of Israel.

Betar USA is committed to launching chapters cities across the USA, empowering Jewish American activists to take action on behalf of Jews and Israel, lead in their local communities, and defend Zionism with clarity and courage.

Inspired by Jabotinsky"s words, "Silence is despicable," Betar exists to inspire action, foster unity, and ensure that Jews everywhere embrace their identity with pride and strength. Together, we will secure a resilient and thriving Jewish future.

# " SILENCE IS DESPICABLE.

- Ze'ev Jabotinsky

# BETAR
## IS HERE TO LEAD

**Help BUILD BETAR**

**$25,687 raised** - 162 donations

**Donate** (https://www.gofundme.com/f/betar-fund/donate?source=btn_donate)

[/](/)

PO Box 262
White Plains, NY 10602

[(https://www.instagram.com/betarnews/)](https://www.instagram.com/betarnews/)

[(https://x.com/Betar_USA)](https://x.com/Betar_USA)

FAQ

Careers

Join Us

Stay in Touch

E-Mail Address

Join our mailing list to get the latest news, events & updates

info@betarus.org

Legal Policies