# 2398CR001367 Commonwealth vs. Ercelik, Efe

- Case Type:
- Criminal
- Case Status:
- Open
- File Date
- 11/06/2023
- DCM Track:
- 
- Initiating Action:
- A&B WITH DANGEROUS WEAPON c265 §15A(b)
- Status Date:
- 11/06/2023
- Case Judge:
- 
- Next Event:
- 05/07/2025

All Information   Party   Charge   Event   Docket   Disposition

## Party Information

**Ercelik, Efe**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | - Attorney |
| | - Rudof, Esq., Paul |
| | - Bar Code |
| | - 643765 |
| | - Address |
| | - Strehorn, Ryan, and Hoose |
| | 100 Main St 3rd Floor |
| | Northampton, MA  01060 |
| | - Phone Number |
| | - (413)586-4800 |
| | - Attorney |
| | - Weber, Esq., Rachel Lynn |
| | - Bar Code |
| | - 674057 |
| | - Address |
| | - Law Office of Rachel Weber |
| | PO Box 1565 |
| | Northampton, MA  01061 |
| | - Phone Number |
| | - (413)507-3063 |

**More Party Information**

## Party Charge Information

- **Ercelik, Efe**
- - Defendant
  - Charge # 1:
    - 265/15A/A-1 - Felony    A&B WITH DANGEROUS WEAPON c265 §15A(b)
- Original Charge
  - 265/15A/A-1 A&B WITH DANGEROUS WEAPON c265 §15A(b) (Felony)
  - Amended Charge
  - 
- **Ercelik, Efe**
- - Defendant
  - Charge # 2:
    - 266/25/A-0 - Felony    LARCENY FROM PERSON c266 §25(b)
- Original Charge
  - 266/25/A-0 LARCENY FROM PERSON c266 §25(b) (Felony)
  - Amended Charge
  - 
- **Ercelik, Efe**

- - Defendant
  Charge # 3:
  **266/126A-1 - Felony**     VANDALIZE PROPERTY c266 §126A
- Original Charge
  - 266/126A-1 VANDALIZE PROPERTY c266 §126A (Felony)
  - Amended Charge

- **Ercelik, Efe**
  - Defendant
  Charge # 4:
  **265/15A/A-1 - Felony**     A&B WITH DANGEROUS WEAPON c265 §15A(b)
- Original Charge
  - 265/15A/A-1 A&B WITH DANGEROUS WEAPON c265 §15A(b) (Felony)
  - Amended Charge

- **Ercelik, Efe**
  - Defendant
  Charge # 5:
  **265/13A/B-1 - Misdemeanor - more than 100 days incarceration**     A&B c265 §13A(a)
- Original Charge
  - 265/13A/B-1 A&B c265 §13A(a) (Misdemeanor - more than 100 days incarceration)
  - Amended Charge

- **Ercelik, Efe**
  - Defendant
  Charge # 6:
  **265/39/B-1 - Misdemeanor - more than 100 days incarceration**     A&B TO INTIMIDATE c265 §39(a)
- Original Charge
  - 265/39/B-1 A&B TO INTIMIDATE c265 §39(a) (Misdemeanor - more than 100 days incarceration)
  - Amended Charge

- **Ercelik, Efe**
  - Defendant
  Charge # 7:
  **272/53/F-2 - Misdemeanor - 100 days or less incarceration**     DISORDERLY CONDUCT c272 §53
- Original Charge
  - 272/53/F-2 DISORDERLY CONDUCT c272 §53 (Misdemeanor - 100 days or less incarceration)
  - Amended Charge

**Events**

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 11/06/2023 08:00 AM | Arraignment Session | | Arraignment | Held - Bail or Conditions of Release ordered |
| 11/17/2023 08:00 AM | Arraignment Session | | Motion Hearing (CR) | Held as scheduled |
| 01/16/2024 09:00 AM | Pretrial Session | | Pretrial Hearing | Reschedule of Hearing |
| 02/12/2024 09:05 AM | Administrative Session | | Motion Hearing (CR) | Reschedule of Hearing |
| 02/20/2024 08:00 AM | Arraignment Session | | Motion Hearing (CR) | Held as scheduled |
| 03/12/2024 09:05 AM | Administrative Session | | Motion to Dismiss | Reschedule of Hearing |
| 03/29/2024 09:05 AM | Administrative Session | | Motion to Dismiss | Held - under advisement |
| 05/29/2024 09:00 AM | Pretrial Session | | Pretrial Hearing | Reschedule of Hearing |
| 05/31/2024 09:00 AM | Pretrial Session | | Pretrial Hearing | Held |
| 07/10/2024 09:00 AM | Pretrial Session | | Hearing to Review Status | Reschedule of Hearing |
| 09/06/2024 11:30 PM | Arraignment Session | | Motion Hearing (CR) | Held - Motion allowed |
| 09/16/2024 09:00 AM | Pretrial Session | | Hearing to Review Status | Reschedule of Hearing |
| 09/25/2024 09:00 AM | Pretrial Session | | Trial Readiness Conference | Event Cancelled |
| 10/04/2024 09:00 AM | Pretrial Session | | Pretrial Hearing | Reschedule of Hearing |
| 10/21/2024 09:00 AM | Pretrial Session | | Pretrial Hearing | Reschedule of Hearing |
| 12/18/2024 09:00 AM | Pretrial Session | | Pretrial Hearing | Held |
| 04/07/2025 09:00 AM | Pretrial Session | | Trial Readiness Conference | Reschedule of Hearing |

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 04/17/2025 08:00 AM | Arraignment Session | | Probable Disposition | |
| 05/07/2025 09:00 AM | Pretrial Session | | Trial Readiness Conference | |
| 05/12/2025 09:00 AM | Trial Session | | Jury Trial (CR) | |

## Docket Information

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 11/06/2023 | Criminal Complaint issued from Electronic Application:<br>Originating Court: Eastern Hampshire District Court<br>Case Number: 2398AC001986-AR<br>Receiving Court: Eastern Hampshire District Court<br>; | |
| 11/06/2023 | Statement of facts filed. | Image |
| 11/06/2023 | Appearance filed<br>On this date Rachel Lynn Weber, Esq. added as Private Counsel for Defendant Efe Ercelik | Image |
| 11/06/2023 | Event Resulted:  Arraignment scheduled on:<br>        11/06/2023 08:00 AM<br>Has been: Held - Bail or Conditions of Release ordered<br>Hon. Bruce S Melikian, Presiding | |
| 11/06/2023 | Defendant arraigned before Court, advised of right to counsel. | |
| 11/06/2023 | At arraignment, defendant reports that s/he will retain private counsel. | |
| 11/06/2023 | Plea of Not Guilty entered on all charges. | |
| 11/06/2023 | Order of pretrial conditions of release under filed. | Image |
| 11/06/2023 | Bail revocation warning (276/58) given to the defendant | |
| 11/16/2023 | Defendant's motion to revise/revoke bail or conditions of release filed with the following, if any, supporting documents:<br>11/17/23 ALLOWED, Williams, J | Image |
| 11/17/2023 | Event update::  Motion Hearing (CR) scheduled on:<br>        11/17/2023 08:00 AM<br>Has been: Held as scheduled<br>Hon. Danielle L Williams, Presiding | |
| 11/17/2023 | Order of pretrial conditions of release under G.L. c.276 § 87 filed.<br>AMENDED | Image |
| 11/17/2023 | Order of pretrial conditions of release under G.L. c. 276 § 58 filed.<br>AMENDED FROM 11/6/23 | Image |
| 01/09/2024 | Defendant's motion to continue mot to dismiss hrg 1/16 to 2/12 filed with the following, if any, supporting documents:<br>allowed - ACM Rathbun 1/9/24 | Image |
| 01/10/2024 | Event Resulted:  Pretrial Hearing scheduled on:<br>        01/16/2024 09:00 AM<br>Has been: Reschedule of Hearing        For the following reason: Defendant's request without objection<br>Hon. Bruce S Melikian, Presiding | |
| 01/18/2024 | Defendant's motion to clarify release conditions filed with the following, if any, supporting documents:  certif. of service on opposing party<br>ALLOWED | Image |
| 02/09/2024 | Event Resulted:  Motion Hearing (CR) scheduled on:<br>        02/12/2024 09:05 AM<br>Has been: Reschedule of Hearing        For the following reason: Defendant's request without objection<br>Randall P Smith, Presiding | |
| 02/09/2024 | Defendant's motion to reschedule or continue scheduled court hearing MTD off 2/12 to 3/12/24 filed with the following, if any, supporting documents:<br>Allowed<br><br>Judge: Smith, Randall P | Image |
| 02/20/2024 | Defendant's motion for Emergency Motion to Modify Release Conditions filed with the following, if any, supporting documents:  certif. of service on opposing party, supporting brief<br>ALLOWED<br><br>Judge: Melikian, Hon. Bruce S | Image |

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 02/20/2024 | Event update::  Motion Hearing (CR) scheduled on:<br>         02/20/2024 08:00 AM<br>Has been: Held as scheduled<br>Hon. Bruce S Melikian, Presiding | |
| 02/21/2024 | Order of pretrial conditions of release under G.L. c. 276 § 58 filed.<br>Amended 2/20/24 Melikian, J<br><br>Judge: Melikian, Hon. Bruce S | Image |
| 03/07/2024 | Defendant's motion to Dismiss count 6 filed with the following, if any, supporting documents:  affidavit in support of motion | Image |
| 03/08/2024 | Event Resulted:  Motion to Dismiss scheduled on:<br>         03/12/2024 09:05 AM<br>Has been: Reschedule of Hearing         For the following reason: On Order of the Court<br>Hon. Bruce S Melikian, Presiding | |
| 03/08/2024 | Commonwealth's motion to continue MTD 3/12 to 3/29 filed with the following, if any, supporting documents:<br>allowed - ACM Rathbun 3/8/24 | Image |
| 03/21/2024 | Defendant's motion to ALLOW TRAVEL OUT OF STATE THIS COMING WEEKEND 3/22/24 TO 3/24/24 filed with the following, if any, supporting documents:<br>ALLOWED BY AGREEMENT<br><br>Judge: Melikian, Hon. Bruce S | Image |
| 03/28/2024 | Commonwealth's motion for Opposition to the Def's mot to dismiss filed with the following, if any, supporting documents: | Image |
| 03/29/2024 | Event Resulted:  Motion to Dismiss scheduled on:<br>         03/29/2024 09:05 AM<br>Has been: Held - under advisement<br>Hon. Bruce S Melikian, Presiding | |
| 04/02/2024 | Written finding of Justice after motion to Dismiss hearing received and filed.<br>CT #6 - DENIED<br><br>Judge: Melikian, Hon. Bruce S | Image |
| 04/02/2024 | Order of pretrial conditions of release under G.L. c. 276 § 58 filed.<br>amended 3/29/24<br><br>Judge: Melikian, Hon. Bruce S | Image |
| 05/28/2024 | Commonwealth's motion to continue pth filed with the following, if any, supporting documents:<br>ALLOWED BY AGREEMENT | Image |
| 05/29/2024 | Event Resulted:  Pretrial Hearing scheduled on:<br>         05/29/2024 09:00 AM<br>Has been: Reschedule of Hearing         For the following reason: Commonwealth's request - no objection<br>Scott Rathbun, Presiding | |
| 05/31/2024 | Defendant's motion for voir dire Modify Conditions of Release filed with the following, if any, supporting documents:<br>5/31/24 ALLOWED AS TO TRAVEL TO RI FROM 6/9/24 to 6/10/24 AND TO LEAVE COUNTRY TO TRAVEL TO FRANCE FROM 6/12/24 TO 8/5/24 UPON POSTING $5000.00 CASH 6/4/24  AND RECEIVE PASSPORT .<br>UPON RETURN FROM FRANCE, DEFENDANT'S PASSPORT TO BE RETURNED TO CLERK'S OFFICE | Image |
| 05/31/2024 | Event Resulted:  Pretrial Hearing scheduled on:<br>         05/31/2024 09:00 AM<br>Has been: Held<br>Hon. Bruce S Melikian, Presiding | |
| 07/10/2024 | Event Resulted:  Hearing to Review Status scheduled on:<br>         07/10/2024 09:00 AM<br>Has been: Reschedule of Hearing         For the following reason: Both Parties Request<br>Hon. Bruce S Melikian, Presiding | |
| 07/10/2024 | Event Resulted:  Trial Readiness Conference scheduled on:<br>         09/25/2024 09:00 AM<br>Has been: Event Cancelled         For the following reason: Brought forward<br>Hon. Bruce S Melikian, Presiding | |
| 08/05/2024 | The following notice:<br><br>Return or Assignment of Bail<br>Sent On:  08/05/2024 09:48:04 | |
| 09/06/2024 | Defendant's motion to permit travel to Rhode Island 9/6 to 9/9 filed with the following, if any, supporting documents:<br>allowed - Melikian, J 9/6/24 | Image |

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 09/06/2024 | Event Resulted:  Motion Hearing (CR) scheduled on:<br>          09/06/2024 11:30 PM<br>Has been: Held - Motion allowed<br>Hon. Bruce S Melikian, Presiding | |
| 09/16/2024 | Event Resulted:  Hearing to Review Status scheduled on:<br>          09/16/2024 09:00 AM<br>Has been: Reschedule of Hearing      For the following reason: Both Parties Request<br>Hon. Bruce S Melikian, Presiding | |
| 10/04/2024 | Event Resulted:  Pretrial Hearing scheduled on:<br>          10/04/2024 09:00 AM<br>Has been: Reschedule of Hearing      For the following reason: Both Parties Request<br>Hon. William E Rooney, Presiding | |
| 10/11/2024 | Appearance filed<br>On this date Paul Rudof, Esq. added as Private Counsel for Defendant Efe Ercelik | Image |
| 10/11/2024 | Defendant's motion for permission to travel to soccer game filed with the following, if any, supporting documents:<br>allowed without a hearing - Rooney, J 10/11/24 | Image |
| 10/11/2024 | Defendant's motion to amend and clarify conditions of release and permit visit to Def's home country filed with the following, if any, supporting documents:<br>10/21/24-ALLOWED | Image |
| 10/21/2024 | Event Resulted:  Pretrial Hearing scheduled on:<br>          10/21/2024 09:00 AM<br>Has been: Reschedule of Hearing      For the following reason: Both Parties Request<br>Hon. Bruce S Melikian, Presiding | |
| 10/21/2024 | Order of pretrial conditions of release under G.L. c. 276 § 58 filed.<br><br>Judge: Melikian, Hon. Bruce S | Image |
| 12/18/2024 | Event Resulted:  Pretrial Hearing scheduled on:<br>          12/18/2024 09:00 AM<br>Has been: Held<br>Hon. William E Rooney, Presiding | |
| 12/18/2024 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 05/12/2025  Time: 09:00 AM | |
| 02/24/2025 | The following notice:<br><br>Return or Assignment of Bail<br>Sent On:  02/24/2025 15:11:42 | |
| 03/19/2025 | Event Resulted:  Trial Readiness Conference scheduled on:<br>          04/07/2025 09:00 AM<br>Has been: Reschedule of Hearing      For the following reason: Both Parties Request<br>Hon. Bruce S Melikian, Presiding | |
| 03/19/2025 | Defendant's motion to continue TRC 4/7 to 5/7 filed with the following, if any, supporting documents:<br>allowed - Melikian, J 3/19/25 | Image |
| 03/31/2025 | Commonwealth's motion for A PROTECTIVE ORDER PURSUANT TO MASS.R.CRIM.P.14.2 filed with the following, if any, supporting documents: | Image |
| 04/16/2025 | Defendant's motion to advance case for plea and permit def and counsel to appear by zoom filed with the following, if any, supporting documents:<br>mot to bring case forward for plea allowed, mot to permit def and counsel to appear by zoom - denied - Gioscia, J 4/16/25 | Image |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | 11/06/2023 |