DECLARATION OF HOMELAND SECURITY INVESTIGATIONS
DEPUTY SPECIAL AGENT IN CHARGE
<u>AMY IACOI</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Amy Iacoi, a Deputy Special Agent in Charge for U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Homeland Security Investigations, Boston, Massachusetts declare as follows:

1. I am a Deputy Special Agent in Charge ("DSAC") for U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI").

2. Included in my official duties as DSAC in Boston, Massachusetts is the responsibility for assisting in the managing and monitoring of civil immigration enforcement actions and criminal investigations. I am familiar with ICE policies and procedures for detaining individuals to initiate removal proceedings or to effectuate removal orders, as well as releasing individuals from ICE custody.

3. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on aliens during its regularly conducted business activity. These records are made during regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events.

4. While preparing this declaration, I have examined the official records available to me regarding the criminal and immigration history of Mr. Efe Ercelik ("Petitioner"). I have also discussed this case internally with officials within my office.

5. Petitioner was arrested and charged in the East Hampshire District Court of Massachusetts with various assaultive crimes committed on November 3, 2023. It is

1

    alleged that Petitioner while enrolled as a student at the University of Massachusetts at Amherst, physically attacked two Jewish students also enrolled at the University of Massachusetts at Amherst by repeatedly hitting and kicking them, all while making anti-Semitic statements. Petitioner took an Israeli flag from one of the students and spit on it then stabbed it repeatedly with a knife.   This occurred at the end of an on campus Jewish organization's event meant to support the more than 250 hostages taken by Hamas during the October 7, 2023, terrorist attack.

6. Despite fleeing the scene, on November 3, 2023, police arrested Petitioner and charged him with Assault and Battery with a Dangerous Weapon (2 counts), Larceny from the Person, Vandalizing Property, Assault and Battery, Assault and Battery with Intent to Intimidate, and Disorderly Conduct. <u>Commonwealth of Massachusetts v. Ercelik</u>, East Hampshire District, Dkt. No. 2398 CR 01367.

7. On April 9, 2025, the Department of State, Bureau of Consular Affairs approved revocation, effective immediately, of Petitioner's B1/B2 visa (Visa Foil L7718116), and Petitioner's F-1 visa (Visa Foil R0482935), pursuant to section 221(i) of the Immigration and Nationality Act, 8 U.S.C. 1201(i).

8. Pursuant to the statutory authority contained at 8 U.S.C. § 1226(a), on April 10, 2025, ICE issued a Warrant of Arrest for the Petitioner.

9. Since April 10, 2025, ICE Special Agents have sought to serve the warrant and effectuate Petitioner's arrest, as authorized by 8 U.S.C. § 1226(a).

10. ICE intends to effectuate Petitioner's arrest because he is subject to removal from the United States pursuant to 8 U.S.C. § 1227(a)(1)(B) in that he is an alien whose nonimmigrant visa has been revoked under section 221(i) of the INA.  ICE further

intends to arrest Petitioner on account of his alleged criminal activity while in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 18th day of April, 2025



Digitally signed by AMY E IACOI
Date: 2025.04.21 11:16:44 -04'00'

_____

Amy Iacoi
Deputy Special Agent in Charge
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Boston, Massachusetts