An official website of the United States government  Here's how you know

**EOIR** | Automated Case Information

**Court Closures Today** May 7, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.





# Automated Case Information

Welcome to the Automated Case Information System. The following information relates to the primary case only. Please contact your local court if you need bond hearing information.

## Enter your A-Number

**A-Number** *Required*   ❓ *What's an A-Number?*

 9 4 5

***No case found for this A-Number.***

**SUBMIT**

ℹ️ *Case information from this automated resource is provided for convenience only. Documents the immigration court or Board of Immigration Appeals issue to you or your representative are the only official determinations related to your case.*

English

| | | | |
|---|---|---|---|
| Archive | Social Media | EOIR Freedom of Information Act (FOIA) | Immigration Court Online Resource |
| Accessibility | Budget & Performance | USA.gov | Contact Technical Support |
| Information Quality | Office of the Inspector General | Contact EOIR | This site is protected by reCAPTCHA |
| Privacy Policy | No FEAR Act | EOIR Home | hCaptcha Privacy Policy |
| Legal Policies & Disclaimers | For Employees | Justice.gov | hCaptcha Terms of Service |

Department of Justice | Executive Office for Immigration Review
5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041