UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EFE ERCELIK,<br><br>        Petitioner,<br><br>   v.<br><br>PATRICIA HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; in their official capacities,<br><br>        Respondents. | Civil Action No. 1:25-cv-11007 |

**STIPULATION OF DISMISSAL**

The parties to this action have resolved this matter, and agree to bear their own fees and costs. Mr. Ercelik, Petitioner, has left the United States, and therefore the case is moot. The parties herein stipulate to dismissal of this suit pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Respectfully submitted,

| COUNSEL FOR PETITIONERS | COUNSEL FOR RESPONDENTS |
|---|---|
| */s/ Rachel M. Self* | LEAH B. FOLEY |
| Rachel M. Self | *United States Attorney* |
| RACHEL M. SELF, P.C. | |
| 6 Beacon Street, Suite 825 | by: */s/ Mark Sauter* |
| Boston, MA 02108 | Mark Sauter |
| (617) 742-0191 (Office) | Assistant United States Attorney |
| (617) 742-0194 (Fax) | United States Attorney's Office |
| rms@attorneyself.com | 1 Courthouse Way, Suite 9200 |
| BBO No. 660243 | Boston, MA 02210 |
| | Tel.: 617-748-3347 |

1

Email: mark.sauter@usdoj.gov

Dated: May 21, 2025